

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2013

No. 04-12-00419-CR

Robert G. **POSOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 298496
Honorable Jason Wolff, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Justice
Lucy Elena D. Chapa, Justice
Marialyn Barnard, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2013.

_____
Keith E. Hottle
Clerk of Court